**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-60027-BLOOM/Valle**

EMILY FULLER,

    Plaintiff,

v.

SMOOTHIE KING CO., INC., a foreign
for-profit corporation, and SMOOTHIE
KING FRANCHISES, INC., a foreign
for-profit corporation,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [9], filed on February 9, 2018, which indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal on or before **March 14, 2018**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED.**

Case No. 18-cv-60027-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of February, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record