**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-60027-BLOOM/Valle**

EMILY FULLER,

    Plaintiff,

v.

SMOOTHIE KING CO., INC., a foreign
for-profit corporation, and SMOOTHIE
KING FRANCHISES, INC., a foreign
for-profit corporation,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

    **THIS CAUSE** is before the Court upon *sua sponte* review of the record. On February 12, 2018, the Court entered an Order Administratively Closing Case, ECF No. [10], instructing the parties to file a stipulation for dismissal on or before March 14, 2018. To date, the parties have not complied, nor have they shown cause.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own attorneys' fees and costs;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

Case No. 18-cv-60027-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of March, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record