UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-cv-060027-BB

| | |
|---|---|
| EMILY FULLER,<br><br>   Plaintiff,<br><br> v.<br><br>SMOOTHIE KING CO., INC., A foreign for-profit corporation, and SMOOTHIE KING FRANCHISES, INC. A foreign for-profit corporation,<br><br>   Defendants. | **MOTION TO REOPEN MATTER FOR PURPOSES OF FILING A CONSENT DECREE** |

**JOINT MOTION TO REOPEN MATTER FOR PURPOSES OF
FILING A CONSENT DECREE**

  COMES NOW Plaintiff Emily Fuller and Defendants Smoothie King Co., Inc. and Smoothie King Franchises, Inc., by and through their undersigned counsel, hereby advises this Honorable Court that Plaintiff and Defendants, have executed a Consent Decree for the Court's review and approval and would like leave of the Court to reopen this matter for the limited purpose of entering a Consent Decree on the record.

  The Parties have been working out the specifics of the Consent Decree since settling this matter in principal. It took the Parties time to prepare and agree upon the terms of the Consent Decree. Unfortunately, it took more than the 30 days after the notice of settlement was filed with the Court and the Court dismissed this matter with prejudice. The executed Consent Decree is attached to this Motion as Exhibit A. Plaintiff acknowledges that the relief and remediation measures set forth in the Consent Decree provides all equitable and injunctive relief measures to resolve issues stemming from the accessibility of subject website and/or related to all barriers of access.

WHEREFORE, Plaintiff Emily Fuller and Defendants Smoothie King Co., Inc. and Smoothie King Franchises, Inc. by and through undersigned counsel, request this Court open the matter for the limited purposes of the Court reviewing and entering the attached Consent Decree.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By   *s/Roderick v. Hannah* | By   *s/* |
| | |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**COLE, SCOTT & KISSANE, P.A.**
Counsel for Defendants
4686 Sunbeam Road
Jacksonville, Florida 32257
T. 904/672-4078
904/672-4050 (Facsimile)
Email: Todd.Dobry@csklegal.com

By   *s/Todd R. Dobry*

TODD DOBRY
Fla. Bar No. 109081

2